OS  
5/10/2013  
**BROWNSVILLE** DIVISION  
FILE: 2012R10550

Un-SEALED 12/2/13  
OCDETF  
SUPERSEDING CRIMINAL DOCKET           NO. **B-12-435-S1**

| | | |
|---|---|---|
| **INDICTMENT** | Filed: MAY 22, 2012 | udge: **HILDA G. TAGLE** |
| COUNTY: Cameron | Superseding Filed: MAY 22, 2013 | |

ATTORNEYS:

**UNITED STATES OF AMERICA**  
vs.

KENNETH MAGIDSON, USA  
CHARLES E. LEWIS, AUSA  
JULIE HAMPTON, AUSA  
JODY YOUNG, AUSA

TOMAS YARRINGTON RUVALCABA   (YOB: 1957 )   MEXICO (Cts. 1-5, 8,10,11 )   **WARRANT**  
FERNANDO ALEJANDRO CANO MARTINEZ (YOB: 1956) MEXICO (Cts.1,3-7,9)   **WARRANT**

**CHARGE:**  
Total Counts (11)

Ct. 1:   RICO Conspiracy;  
         18 USC 1962(d)  
Ct. 2:   Conspiracy to Import Cocaine and Marijuana into U.S.;  
         21 USC 963  
Ct. 3: Conspiracy to Launder Monetary Instruments;  
         18 USC 1956 (h)  
Ct. 4: Conspiracy - False Statements to Financial Institutions;  
         18 USC 371 & 18 USC 1014  
Ct. 5: Conspiracy to Commit Bank Fraud;  
         18 USC 1349  
Cts. 6-10: Bank Fraud, Aiding and Abetting ;  
         18 USC 1344 and 2  
Ct. 11: Conspiracy to Structure Transactions To Avoid Reporting Requirement;  
         18 USC 371 & 31 USC 5324  
NOTICE OF FORFEITURE

**PENALTY:** Ct. 1: 0 - LIFE, $10 million or twice the gross gain or loss involved, not more than 5 yrs SRT, $100 Special Assessment  
Ct. 2: 10 - LIFE, $10 million or twice the gross gain or loss involved, not less than 5 yrs SRT, $100 Special Assessment;  
Ct. 3: Not more than 20 years, $500,000.00 or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;  
Ct. 4: 5 years, Fine or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;  
Cts.5-10: 30 years, $1,000,000.00 or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;  
Ct.11: 5 years, Fine or twice the gross gain or loss involved, not more than 3 years   SRT, $100 Special Assessment;

In Jail:
On Bond:
No Arrest: X
HSI-BRO: John Lyons
IRS-BRO: Joe Salinas

## P R O C E E D I N G S: